■ In the Matter of Tyrone Houston, Petitioner, v Anthony J. Annucci, as Acting Commissioner of Corrections and Community Supervision, Respondent. [34 NYS3d 917]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a tier III disciplinary determination finding him guilty of drug use. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. In view of this, petitioner has received all of the relief to which he is entitled and the petition must be dismissed as moot. Petitioner's request for costs is denied, but we do award disbursements in the amount of $46.82 (*see e.g. Matter of Clark v New York State Dept. of Corr. & Community Supervision*, 138 AD3d 1331, 1332 [2016]; *Matter of Shapard v Annucci*, 137 AD3d 1398, 1398 [2016]).

Lahtinen, J.P., Egan Jr., Lynch, Devine and Mulvey, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $46.82.